# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| OSCAR RUBEN APAC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CAUSE NO. EP-24-CV-126-KC |
| | § | |
| MEE & MY PROPERTIES, L.P., | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal with Prejudice pursuant to FRCP 41(a)(1), ECF No. 12. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure and the terms of the Proposed Order of Dismissal, the Court **ORDERS** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 15th day of August, 2024.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE